UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEVON PARKES,

    Plaintiff,

v.                                                Case No. 3:19cv786-LC-HTC

REGIONAL DIRECTOR,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On April 29, 2019, the undersigned entered an order (ECF Doc. 5) advising of certain deficiencies in Plaintiff's complaint, as well as the fact that Plaintiff has neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis*. The undersigned directed the clerk to forward Plaintiff a civil rights complaint form for use in actions under 42 U.S.C. § 1983 and a complete set of forms needed for filing a motion to proceed *in forma pauperis*. The undersigned allowed Plaintiff thirty (30) days from the date of the order in which to file either a notice of voluntary dismissal or an amended civil rights complaint and either file the completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee. The undersigned advised that failure to comply with the order could result in a recommendation that the case be dismissed.

Case No. 3:19cv786-LC-HTC

After more than thirty (30) days passed and Plaintiff had not filed an amended complaint and also had not filed a motion to proceed *in forma pauperis* or paid the filing fee, the undersigned entered an order (ECF Doc. 6) directing Plaintiff to show cause within fourteen (14) days from the date of the order why the matter should not be dismissed for failure to prosecute or failure to comply with an order of the Court. More than thirty (30) days have passed and Plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this matter be DISMISSED WITHOUT PREJUDICE for failure to prosecute or failure to comply with an order of the Court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 28th day of June, 2019.

                */s/ Hope Thai Cannon*
                **HOPE THAI CANNON**
                **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:19cv786-LC-HTC