# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

DEVON PARKES,

    Plaintiff,

v.                                    Case No. 3:19cv786-LC/HTC

REGIONAL DIRECTOR,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 28, 2019 (ECF No. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute or failure to comply with an order of the Court.

3.     The Clerk is directed to close the file.


**DONE AND ORDERED** this 30th day of July 2019.



s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**